**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher D. Cimonetti                    CHAPTER 13
        Natalie E. Cimonetti
          Debtor(s)                    BKY. NO. 26-11331 AMC


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CARRINGTON MORTGAGE SERVICES, LLC and index same on the master mailing list.


                Respectfully submitted,


        /s/ *Matthew Fissel*
        Matthew Fissel
        03 Apr 2026, 09:54:06, EDT


        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322