United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11331-amc |
| Christopher D. Cimonetti | Chapter 13 |
| Natalie E. Cimonetti | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 13, 2026 | Form ID: 309I | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher D. Cimonetti, Natalie E. Cimonetti, 162 W. Broad Street, Telford, PA 18969-1917 |
| 15122580 | + | Seen Finance/ccb, 1411 Broadway, New York, NY 10018-3496 |
| 15122598 | | TD Bank/Raymour & Flanigan, Td Rcs, Columbia, SC 29202 |
| 15122600 | | Verizon, Verizon, Dallas, TX 75265 |
| 15122601 | + | Webbank/onemain/fis, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: support@ymalaw.com | Apr 14 2026 00:35:00 | PAUL H. YOUNG, Young, Marr, Mallis & Deane, LLC, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Apr 14 2026 00:35:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1552 |
| smg | | Email/Text: megan.harper@phila.gov | Apr 14 2026 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 14 2026 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 14 2026 00:35:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15122541 | + | Email/Text: bncnotifications@pheaa.org | Apr 14 2026 00:35:00 | Aes/chase, Pob 61047, Harrisburg, PA 17106-1047 |
| 15122542 | + | Email/Text: bncnotifications@pheaa.org | Apr 14 2026 00:35:00 | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15122543 | + | Email/Text: bk@avant.com | Apr 14 2026 00:36:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15122544 | + | Email/Text: bk@avant.com | Apr 14 2026 00:36:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 15122545 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 14 2026 00:36:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 15122546 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 14 2026 00:36:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 15122547 | + | EDI: CAPITALONE.COM | Apr 14 2026 04:33:00 | Capital One, AttN: Bankruptcy, Po Box 30285, |

District/off: 0313-2                                    User: admin                                    Page 2 of 5

Date Rcvd: Apr 13, 2026                                 Form ID: 309I                                  Total Noticed: 70

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 15122548 | + EDI: CAPITALONE.COM | Apr 14 2026 04:33:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15122550 | + EDI: CAPITALONE.COM | Apr 14 2026 04:33:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15122549 | + EDI: CAPITALONE.COM | Apr 14 2026 04:33:00 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15127502 | + EDI: AISACG.COM | Apr 14 2026 04:33:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15122551 | + EDI: CITICORP | Apr 14 2026 04:33:00 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15122552 | + EDI: CITICORP | Apr 14 2026 04:33:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15122554 | + EDI: WFNNB.COM | Apr 14 2026 04:33:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15122553 | + EDI: WFNNB.COM | Apr 14 2026 04:33:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15122556 | + EDI: WFNNB.COM | Apr 14 2026 04:33:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 15122555 | + EDI: WFNNB.COM | Apr 14 2026 04:33:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15122557 | + EDI: WFNNB.COM | Apr 14 2026 04:33:00 | Comenitycapital/hpcrdt, Po Box 182120, Columbus, OH 43218-2120 |
| 15122558 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2026 00:40:18 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15122559 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2026 00:40:18 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15122560 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2026 00:40:18 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15122561 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2026 00:40:17 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15122562 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 14 2026 00:35:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15122563 | Email/Text: BNSFN@capitalsvcs.com | Apr 14 2026 00:35:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15122564 | Email/Text: BNSFN@capitalsvcs.com | Apr 14 2026 00:35:00 | First Nataional Bank/Legacy, Po Box 5097, Sioux Falls, SD 57117 |
| 15122566 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 14 2026 00:35:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15122567 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 14 2026 00:35:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15122569 | + EDI: AMINFOFP.COM | Apr 14 2026 04:33:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15122568 | + EDI: AMINFOFP.COM | Apr 14 2026 04:33:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 15122570 | + EDI: IRS.COM | Apr 14 2026 04:33:00 | IRS Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15122571 | + EDI: JEFFERSONCAP.COM | Apr 14 2026 04:33:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15122572 | + EDI: JEFFERSONCAP.COM | | |

District/off: 0313-2                                    User: admin                                    Page 3 of 5

Date Rcvd: Apr 13, 2026                          Form ID: 309I                          Total Noticed: 70

| | | | |
|---|---|---|---|
| | | Apr 14 2026 04:33:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15122574 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:40:18 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15122573 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:40:22 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15126340 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:40:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15122576 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 00:35:00 | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15122575 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 00:35:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15122578 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2026 00:40:17 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15122577 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2026 00:40:18 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 15122579 | Email/Text: bankruptcy@snapfinance.com | Apr 14 2026 00:35:00 | Seen Finance/ccb, Attn: Bankruptcy, 1193 W 2400 S, West Valley City, UT 84119 |
| 15122581 | + EDI: SYNC | Apr 14 2026 04:33:00 | Syncb/google, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 15122582 | + EDI: SYNC | Apr 14 2026 04:33:00 | Syncb/google, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15122583 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15122584 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 15122585 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Climate Select, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15122586 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Climate Select, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15122588 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15122587 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15122589 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15122590 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15122591 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15122592 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony Bank/QVC, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15122594 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony/Car Care, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15122593 | + EDI: SYNC | Apr 14 2026 04:33:00 | Synchrony/Car Care, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 15128054 | ^ MEBN | Apr 14 2026 00:33:13 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 15122597 | + EDI: TDBANKNORTH.COM | Apr 14 2026 04:33:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, |

|  |  |  | 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
|---|---|---|---|
| 15122596 | + EDI: WTRRNBANK.COM | | |
| | | Apr 14 2026 04:33:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 15122595 | + EDI: WTRRNBANK.COM | | |
| | | Apr 14 2026 04:33:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15122599 | + EDI: VERIZONCOMB.COM | | |
| | | Apr 14 2026 04:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15122602 | + Email/Text: support@ymalaw.com | | |
| | | Apr 14 2026 00:35:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 65

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15122565 | | First Premier Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Christopher D. Cimonetti support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Natalie E. Cimonetti support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Carrington Mortgage Services  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                          User: admin                                      Page 5 of 5
Date Rcvd: Apr 13, 2026                       Form ID: 309I                                     Total Noticed: 70
TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Christopher D. Cimonetti<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–5988<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Natalie E. Cimonetti<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–8315<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Eastern District of Pennsylvania | | Date case filed for chapter:      13      3/31/26 |
| Case number:  26–11331–amc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher D. Cimonetti | Natalie E. Cimonetti |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 162 W. Broad Street<br>Telford, PA 18969 | 162 W. Broad Street<br>Telford, PA 18969 |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. YOUNG<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020 | Contact phone 215–639–5297<br><br>Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/13/26 |

**For more information, see page 2**

Debtor  **Christopher D. Cimonetti** and **Natalie E. Cimonetti**                                                  Case number **26–11331–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 5, 2026 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/4/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/9/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/27/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The debtor shall serve the plan on parties pursuant to Local Rule 3015–2. The hearing on confirmation will be held on:<br>**7/14/26** at **10:00 AM** , Location: **HRG will be held via Telephone, see Calendar info. for the Judge, on the Court website** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |