Certificate Number: 05781-PAE-DE-040906510

Bankruptcy Case Number: 26-11331



05781-PAE-DE-040906510

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2026, at 12:42 o'clock PM PDT, Christopher Cimonetti completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 27, 2026

By:    /s/Allison M Geving

Name:   Allison M Geving

Title:   President