

**#1095 - Christopher D. Cimonetti**
**0013**

Voucher #(102954)
Type: Regular

Pay Date: 03/12/2026
Pay Period: 02/22/2026-03/07/2026

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 80.00 | 312.00 | 3,226.74 | 12,584.29 |
| Holi | | 8.00 | | | 322.67 |
| P.T. | | 80.00 | | | 3,226.74 |
| **Gross Pay** | | | | **3,226.74** | **16,133.70** |
| Hours Worked | | 80.00 | 312.00 | | |
| Hours Paid | | 80.00 | 400.00 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401k | 32.27 | 161.35 [1] |
| Base Dent - Pre Tax | 22.81 | 114.05 [2] |
| PCHD Med Pre Tax | 567.09 | 2,835.45 [2] |
| PCHD Script Pre Tax | 62.82 | 314.10 [2] |
| Vision | 4.90 | 24.50 [2] |
| **Total** | **689.89** | **3,449.45** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 12,684.25 | 59.81 | 299.05 |
| FICA | 2,569.12 | 12,845.60 | 159.29 | 796.43 |
| MEDI | 2,569.12 | 12,845.60 | 37.25 | 186.26 |
| SIT:PA | 2,569.12 | 12,845.60 | 78.87 | 394.35 |
| SUI:PA | 3,226.74 | 16,133.70 | 2.26 | 11.30 |
| Towamen | 2,569.12 | 12,845.60 | 25.69 | 128.45 |
| Towamen | 2,569.12 | 12,845.60 | 2.00 | 10.00 |
| **Total** | | | **365.17** | **1,825.84** |

| **Net Pay** | | **2,171.68** | **10,858.41** |
|---|---|---|---|
| Checking (2172) | | 2,171.68 | 10,858.41 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 112.95 [1] |
| PCHD Med Pre Tax | 124.51 | 622.55 [2] |
| PCHD Script Pre Tax | 94.24 | 471.20 [2] |
| **Total** | **241.34** | **1,206.70** |

### Tax Allowance Settings

Federal:  Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $2,000.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania:  Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 03/12/2026 |
|---|---|
| Voucher #: | (102954) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,171.68 |

0013  1095  03/12/2026  (102954)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

### Non-Negotiable - This Is Not A Check

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  03/12/2026  (102954)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

### Personal & Confidential



| #1095 - Christopher D. Cimonetti | | | | | Voucher #(102839) | | Pay Date: 02/26/2026 |
|---|---|---|---|---|---|---|---|
| 0013 | | | | | Type:Regular | | Pay Period: 02/08/2026-02/21/2026 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 64.00 | 232.00 | 2,581.39 | 9,357.55 |
| Holi | | 8.00 | | | 322.67 |
| P.T. | 40.33 | 16.00 | 80.00 | 645.35 | 3,226.74 |
| **Gross Pay** | | | | **3,226.74** | **12,906.96** |
| Hours Worked | | 64.00 | 232.00 | | |
| Hours Paid | | 80.00 | 320.00 | | |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 90.36 [1] |
| PCHD Med Pre Tax | 124.51 | 498.04 [2] |
| PCHD Script Pre Tax | 94.24 | 376.96 [2] |
| **Total** | **241.34** | **965.36** |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401k | 32.27 | 129.08 [1] |
| Base Dent - Pre Tax | 22.81 | 91.24 [2] |
| PCHD Med Pre Tax | 567.09 | 2,268.36 [2] |
| PCHD Script Pre Tax | 62.82 | 251.28 [2] |
| Vision | 4.90 | 19.60 [2] |
| **Total** | **689.89** | **2,759.56** |

**Tax Allowance Settings**

| Federal: | Married Filing Jointly |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $2,000.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 10,147.40 | 59.81 | 239.24 |
| FICA | 2,569.12 | 10,276.48 | 159.28 | 637.14 |
| MEDI | 2,569.12 | 10,276.48 | 37.25 | 149.01 |
| SIT:PA | 2,569.12 | 10,276.48 | 78.87 | 315.48 |
| SUI:PA | 3,226.74 | 12,906.96 | 2.26 | 9.04 |
| Towamen | 2,569.12 | 10,276.48 | 25.69 | 102.76 |
| Towamen | 2,569.12 | 10,276.48 | 2.00 | 8.00 |
| **Total** | | | **365.16** | **1,460.67** |

| **Net Pay** | | | **2,171.69** | **8,686.73** |
|---|---|---|---|---|
| Checking (2172) | | | 2,171.69 | 8,686.73 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 02/26/2026 |
|---|---|
| Voucher #: | (102839) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,171.69 |

0013  1095  02/26/2026  (102839)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  02/26/2026  (102839)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



**#1095 - Christopher D. Cimonetti**
**0013**

Voucher #(102732)
Type:Regular

Pay Date: 02/12/2026
Pay Period: 01/25/2026-02/07/2026

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 72.00 | 168.00 | 2,904.07 | 6,776.16 |
| Holi | | | 8.00 | | 322.67 |
| P.T. | 40.33 | 8.00 | 64.00 | 322.67 | 2,581.39 |
| **Gross Pay** | | | | **3,226.74** | **9,680.22** |
| Hours Worked | | 72.00 | 168.00 | | |
| Hours Paid | | 80.00 | 240.00 | | |

### Deductions

| | | | Current | YTD | |
|---|---|---|---|---|---|
| 401k | | | 32.27 | 96.81 | [1] |
| Base Dent - Pre Tax | | | 22.81 | 68.43 | [2] |
| PCHD Med Pre Tax | | | 567.09 | 1,701.27 | [2] |
| PCHD Script Pre Tax | | | 62.82 | 188.46 | [2] |
| Vision | | | 4.90 | 14.70 | [2] |
| **Total** | | | **689.89** | **2,069.67** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 7,610.55 | 59.81 | 179.43 |
| FICA | 2,569.12 | 7,707.36 | 159.29 | 477.86 |
| MEDI | 2,569.12 | 7,707.36 | 37.26 | 111.76 |
| SIT:PA | 2,569.12 | 7,707.36 | 78.87 | 236.61 |
| SUI:PA | 3,226.74 | 9,680.22 | 2.26 | 6.78 |
| Towamen | 2,569.12 | 7,707.36 | 25.69 | 77.07 |
| Towamen | 2,569.12 | 7,707.36 | 2.00 | 6.00 |
| **Total** | | | **365.18** | **1,095.51** |

| **Net Pay** | | **2,171.67** | **6,515.04** |
|---|---|---|---|
| Checking (2172) | | 2,171.67 | 6,515.04 |

### Company Paid Benefits

| | Current | YTD | |
|---|---|---|---|
| 401k | 22.59 | 67.77 | [1] |
| PCHD Med Pre Tax | 124.51 | 373.53 | [2] |
| PCHD Script Pre Tax | 94.24 | 282.72 | [2] |
| **Total** | **241.34** | **724.02** | |

### Tax Allowance Settings

Federal:    Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $2,000.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania:    Allowances: 0

[1]  Reduces your Federal & State Withholding Taxable Wage
[2]  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3]  For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 02/12/2026 |
|---|---|
| Voucher #: | (102732) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,171.67 |

0013  1095  02/12/2026  (102732)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  02/12/2026  (102732)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



| #1095 - Christopher D. Cimonetti | | | | | Voucher #(102617) | | Pay Date: 01/29/2026 | |
| 0013 | | | | | Type:Regular | | Pay Period: 01/11/2026-01/24/2026 | |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 24.00 | 96.00 | 968.02 | 3,872.09 |
| Holi | | | 8.00 | | 322.67 |
| P.T. | 40.33 | 56.00 | 56.00 | 2,258.72 | 2,258.72 |
| **Gross Pay** | | | | **3,226.74** | **6,453.48** |
| Hours Worked | | 24.00 | 96.00 | | |
| Hours Paid | | 80.00 | 160.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401k | 32.27 | 64.54 [1] |
| Base Dent - Pre Tax | 22.81 | 45.62 [2] |
| PCHD Med Pre Tax | 567.09 | 1,134.18 [2] |
| PCHD Script Pre Tax | 62.82 | 125.64 [2] |
| Vision | 4.90 | 9.80 [2] |
| **Total** | **689.89** | **1,379.78** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 5,073.70 | 59.81 | 119.62 |
| FICA | 2,569.12 | 5,138.24 | 159.28 | 318.57 |
| MEDI | 2,569.12 | 5,138.24 | 37.25 | 74.50 |
| SIT:PA | 2,569.12 | 5,138.24 | 78.87 | 157.74 |
| SUI:PA | 3,226.74 | 6,453.48 | 2.26 | 4.52 |
| Towamen | 2,569.12 | 5,138.24 | 25.69 | 51.38 |
| Towamen | 2,569.12 | 5,138.24 | 2.00 | 4.00 |
| **Total** | | | **365.16** | **730.33** |

| **Net Pay** | | **2,171.69** | **4,343.37** |
|---|---|---|---|
| Checking (2172) | | 2,171.69 | 4,343.37 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 45.18 [1] |
| PCHD Med Pre Tax | 124.51 | 249.02 [2] |
| PCHD Script Pre Tax | 94.24 | 188.48 [2] |
| **Total** | **241.34** | **482.68** |

**Tax Allowance Settings**

Federal:        Married Filing Jointly
                Form W4 2020 And Later: Yes
                Two Jobs: No
                Claim Dependent: $2,000.00
                Deduction: $0.00
                Other Income: $0.00
Pennsylvania:   Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438    1 of 1
Business Phone #: 215-256-8833

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 01/29/2026 |
|---|---|
| Voucher #: | (102617) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,171.69 |

0013  1095  01/29/2026  (102617)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

## Non-Negotiable - This Is Not A Check

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  01/29/2026  (102617)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



**#1095 - Christopher D. Cimonetti**  
**0013**

Voucher #(102509)  
Type:Regular

Pay Date: 01/15/2026  
Pay Period: 12/28/2025-01/10/2026

3

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 72.00 | 72.00 | 2,904.07 | 2,904.07 |
| Holi | 40.33 | 8.00 | 8.00 | 322.67 | 322.67 |
| **Gross Pay** | | | | **3,226.74** | **3,226.74** |
| Hours Worked | | 72.00 | 72.00 | | |
| Hours Paid | | 80.00 | 80.00 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401k | 32.27 | 32.27 [1] |
| Base Dent - Pre Tax | 22.81 | 22.81 [2] |
| PCHD Med Pre Tax | 567.09 | 567.09 [2] |
| PCHD Script Pre Tax | 62.82 | 62.82 [2] |
| Vision | 4.90 | 4.90 [2] |
| **Total** | **689.89** | **689.89** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 2,536.85 | 59.81 | 59.81 |
| FICA | 2,569.12 | 2,569.12 | 159.29 | 159.29 |
| MEDI | 2,569.12 | 2,569.12 | 37.25 | 37.25 |
| SIT:PA | 2,569.12 | 2,569.12 | 78.87 | 78.87 |
| SUI:PA | 3,226.74 | 3,226.74 | 2.26 | 2.26 |
| Towamen | 2,569.12 | 2,569.12 | 25.69 | 25.69 |
| Towamen | 2,569.12 | 2,569.12 | 2.00 | 2.00 |
| **Total** | | | **365.17** | **365.17** |

| **Net Pay** | **2,171.68** | **2,171.68** |
|---|---|---|
| Checking (2172) | 2,171.68 | 2,171.68 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 22.59 [1] |
| PCHD Med Pre Tax | 124.51 | 124.51 [2] |
| PCHD Script Pre Tax | 94.24 | 94.24 [2] |
| **Total** | **241.34** | **241.34** |

### Tax Allowance Settings

Federal:  Married Filing Jointly  
Form W4 2020 And Later: Yes  
Two Jobs: No  
Claim Dependent: $2,000.00  
Deduction: $0.00  
Other Income: $0.00  

Pennsylvania:  Allowances: 0

[1]  Reduces your Federal & State Withholding Taxable Wage  
[2]  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[3]  For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438  
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**  
1500 Delp Drive  
Harleysville, PA 19438

| Pay Date: | 01/15/2026 |
|---|---|
| Voucher #: | (102509) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,171.68 |

0013  1095  01/15/2026  (102509)

**Christopher D. Cimonetti**  
162 W Broad St  
Telford, PA 18969

### Non-Negotiable - This Is Not A Check

**Martech Medical Products Inc.**  
1500 Delp Drive  
Harleysville, PA 19438

0013  1095  01/15/2026  (102509)

**Christopher D. Cimonetti**  
162 W Broad St  
Telford, PA 18969

### Personal & Confidential



| #1095 - Christopher D. Cimonetti 0013 | | | | | Voucher #(102403) Type:Regular | | Pay Date: 12/31/2025 Pay Period: 12/14/2025-12/27/2025 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 72.00 | 1976.00 | 2,904.07 | 79,156.34 |
| Ins R | | | | | 94.93 |
| Holi | 40.33 | 8.00 | 64.00 | 322.67 | 1,917.07 |
| P.T. | | | 120.00 | | 4,751.53 |

| **Gross Pay** | | | | **3,226.74** | **85,919.87** |

| Hours Worked | 72.00 | 1976.00 |
| Hours Paid | 80.00 | 2160.00 |

**Deductions**

| | | Current | YTD |
|---|---|---|---|
| 401k | | 32.27 | 858.17 [1] |
| Base Dent - Pre Tax | | | 547.44 [2] |
| PCHD Med Pre Tax | | | 9,910.56 [2] |
| PCHD Script Pre Tax | | | 1,137.23 [2] |
| Vision | | | 58.80 [2] |

| **Total** | | **32.27** | **12,512.20** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,194.47 | 73,407.67 | 158.26 | 2,614.88 |
| FICA | 3,226.74 | 74,265.84 | 200.06 | 4,604.48 |
| MEDI | 3,226.74 | 74,265.84 | 46.78 | 1,076.85 |
| SIT:PA | 3,226.74 | 74,265.84 | 99.06 | 2,279.93 |
| SUI:PA | 3,226.74 | 85,919.87 | 2.26 | 60.07 |
| Towamen | 3,226.74 | 74,265.84 | 32.27 | 742.66 |
| Towamen | 3,226.74 | 74,265.84 | 0.84 | 52.00 |

| **Total** | | | **539.53** | **11,430.87** |

| **Net Pay** | | **2,654.94** | **61,976.80** |
|---|---|---|---|
| Check | | 0.00 | 12,113.02 |
| Checking (2172) | | 2,654.94 | 49,863.78 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 600.71 [1] |
| PCHD Med Pre Tax | -0.06 | 2,286.42 [2] |
| PCHD Script Pre Tax | | 1,706.04 [2] |

| **Total** | **22.53** | **4,593.17** |

**Tax Allowance Settings**

Federal:       Married Filing Jointly
                    Form W4 2020 And Later: Yes
                    Two Jobs: No
                    Claim Dependent: $2,000.00
                    Deduction: $0.00
                    Other Income: $0.00
Pennsylvania:   Allowances: 0

[1]  Reduces your Federal & State Withholding Taxable Wage
[2]  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3]  For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438                    1 of 1
Business Phone #: 215-256-8833

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| **Pay Date:** | **12/31/2025** |
|---|---|
| **Voucher #:** | **(102403)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,654.94 |

0013  1095  12/31/2025  (102403)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

## Non-Negotiable - This Is Not A Check

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  12/31/2025  (102403)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

## Personal & Confidential



| #1095 - Christopher D. Cimonetti | | | | | Voucher #(102290) | | Pay Date: 12/18/2025 |
| 0013 | | | | | Type:Regular | | Pay Period: 11/30/2025-12/13/2025 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 80.00 | 1904.00 | 3,226.74 | 76,252.27 |
| Ins R | | | | | 94.93 |
| Holi | | | 56.00 | | 1,594.40 |
| P.T. | | | 120.00 | | 4,751.53 |

| Gross Pay | | | | 3,226.74 | 82,693.13 |
|---|---|---|---|---|---|
| Hours Worked | | 80.00 | 1904.00 | | |
| Hours Paid | | 80.00 | 2080.00 | | |

**Deductions**

| | | | | Current | YTD |
|---|---|---|---|---|---|
| 401k | | | | 32.27 | 825.90 [1] |
| Base Dent - Pre Tax | | | | 22.81 | 547.44 [2] |
| PCHD Med Pre Tax | | | | 567.09 | 9,910.56 [2] |
| PCHD Script Pre Tax | | | | 62.82 | 1,137.23 [2] |
| Vision | | | | 4.90 | 58.80 [2] |
| Total | | | | 689.89 | 12,479.93 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 70,213.20 | 79.35 | 2,456.62 |
| FICA | 2,569.12 | 71,039.10 | 159.28 | 4,404.42 |
| MEDI | 2,569.12 | 71,039.10 | 37.26 | 1,030.07 |
| SIT:PA | 2,569.12 | 71,039.10 | 78.87 | 2,180.87 |
| SUI:PA | 3,226.74 | 82,693.13 | 2.26 | 57.81 |
| Towamen | 2,569.12 | 71,039.10 | 25.69 | 710.39 |
| Towamen | 2,569.12 | 71,039.10 | 1.93 | 51.16 |
| Total | | | 384.64 | 10,891.34 |

| Net Pay | | | 2,152.21 | 59,321.86 |
|---|---|---|---|---|
| Check | | | 0.00 | 12,113.02 |
| Checking (2172) | | | 2,152.21 | 47,208.84 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 578.12 [1] |
| PCHD Med Pre Tax | 124.51 | 2,286.48 [2] |
| PCHD Script Pre Tax | 94.24 | 1,706.04 [2] |
| Total | 241.34 | 4,570.64 |

**Tax Allowance Settings**

| Federal: | Married Filing Jointly |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $2,000.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 12/18/2025 |
|---|---|
| Voucher #: | (102290) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,152.21 |

0013  1095  12/18/2025  (102290)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

## Non-Negotiable - This Is Not A Check

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  12/18/2025  (102290)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



**#1095 - Christopher D. Cimonetti** — **0013**  
**Voucher #(102185)** — **Type:Regular**  
**Pay Date: 12/04/2025** — **Pay Period: 11/16/2025-11/29/2025**

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 56.00 | 1824.00 | 2,258.72 | 73,025.53 |
| Ins R | | | | | 94.93 |
| Holi | 40.33 | 16.00 | 56.00 | 645.35 | 1,594.40 |
| P.T. | 40.33 | 8.00 | 120.00 | 322.67 | 4,751.53 |
| **Gross Pay** | | | | **3,226.74** | **79,466.39** |
| Hours Worked | | 56.00 | 1824.00 | | |
| Hours Paid | | 80.00 | 2000.00 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401k | 32.27 | 793.63 [1] |
| Base Dent - Pre Tax | 22.81 | 524.63 [2] |
| PCHD Med Pre Tax | 567.09 | 9,343.47 [2] |
| PCHD Script Pre Tax | 62.82 | 1,074.41 [2] |
| Vision | 4.90 | 53.90 [2] |
| **Total** | **689.89** | **11,790.04** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 67,676.35 | 79.35 | 2,377.27 |
| FICA | 2,569.12 | 68,469.98 | 159.29 | 4,245.14 |
| MEDI | 2,569.12 | 68,469.98 | 37.25 | 992.81 |
| SIT:PA | 2,569.12 | 68,469.98 | 78.87 | 2,102.00 |
| SUI:PA | 3,226.74 | 79,466.39 | 2.26 | 55.55 |
| Towamen | 2,569.12 | 68,469.98 | 25.69 | 684.70 |
| Towamen | 2,569.12 | 68,469.98 | 1.93 | 49.23 |
| **Total** | | | **384.64** | **10,506.70** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **2,152.21** | **57,169.65** |
| Check | 0.00 | 12,113.02 |
| Checking (2172) | 2,152.21 | 45,056.63 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 555.53 [1] |
| PCHD Med Pre Tax | 124.51 | 2,161.97 [2] |
| PCHD Script Pre Tax | 94.24 | 1,611.80 [2] |
| **Total** | **241.34** | **4,329.30** |

### Tax Allowance Settings

Federal:    Married Filing Jointly  
Form W4 2020 And Later: Yes  
Two Jobs: No  
Claim Dependent: $2,000.00  
Deduction: $0.00  
Other Income: $0.00  

Pennsylvania:    Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage  
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438  
Business Phone #: 215-256-8833

1 of 1

**Martech Medical Products Inc.**  
1500 Delp Drive  
Harleysville, PA 19438

| Pay Date: | 12/04/2025 |
|---|---|
| Voucher #: | (102185) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,152.21 |

0013  1095  12/04/2025  (102185)

**Christopher D. Cimonetti**  
162 W Broad St  
Telford, PA 18969

### Non-Negotiable - This Is Not A Check

**Martech Medical Products Inc.**  
1500 Delp Drive  
Harleysville, PA 19438

0013  1095  12/04/2025  (102185)

**Christopher D. Cimonetti**  
162 W Broad St  
Telford, PA 18969

### Personal & Confidential



| #1095 - Christopher D. Cimonetti | | Voucher #(102072) | Pay Date: 11/20/2025 |
| 0013 | | Type:Regular | Pay Period: 11/02/2025-11/15/2025 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 80.00 | 1768.00 | 3,226.74 | 70,766.81 |
| Ins R | | | | | 94.93 |
| Holi | | | 40.00 | | 949.05 |
| P.T. | | | 112.00 | | 4,428.86 |

| Gross Pay | | | | 3,226.74 | 76,239.65 |
|---|---|---|---|---|---|
| Hours Worked | | 80.00 | 1768.00 | | |
| Hours Paid | | 80.00 | 1920.00 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401k | 32.27 | 761.36 [1] |
| Base Dent - Pre Tax | 22.81 | 501.82 [2] |
| PCHD Med Pre Tax | 567.09 | 8,776.38 [2] |
| PCHD Script Pre Tax | 62.82 | 1,011.59 [2] |
| Vision | 4.90 | 49.00 [2] |
| **Total** | 689.89 | 11,100.15 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 65,139.50 | 79.35 | 2,297.92 |
| FICA | 2,569.12 | 65,900.86 | 159.28 | 4,085.85 |
| MEDI | 2,569.12 | 65,900.86 | 37.25 | 955.56 |
| SIT:PA | 2,569.12 | 65,900.86 | 78.87 | 2,023.13 |
| SUI:PA | 3,226.74 | 76,239.65 | 2.26 | 53.29 |
| Towamen | 2,569.12 | 65,900.86 | 25.69 | 659.01 |
| Towamen | 2,569.12 | 65,900.86 | 1.93 | 47.30 |
| **Total** | | | 384.63 | 10,122.06 |

| Net Pay | | 2,152.22 | 55,017.44 |
|---|---|---|---|
| Check | | 0.00 | 12,113.02 |
| Checking (2172) | | 2,152.22 | 42,904.42 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 532.94 [1] |
| PCHD Med Pre Tax | 124.51 | 2,037.46 [2] |
| PCHD Script Pre Tax | 94.24 | 1,517.56 [2] |
| **Total** | 241.34 | 4,087.96 |

### Tax Allowance Settings

Federal:    Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $2,000.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania:    Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 11/20/2025 |
|---|---|
| Voucher #: | (102072) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,152.22 |

0013  1095  11/20/2025  (102072)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  11/20/2025  (102072)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



| #1095 - Christopher D. Cimonetti | | | | Voucher #(101969) | | | Pay Date: 11/06/2025 |
| 0013 | | | | | Type:Regular | | Pay Period: 10/19/2025-11/01/2025 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 80.00 | 1688.00 | 3,226.74 | 67,540.07 |
| Ins R | | | | | 94.93 |
| Holi | | | 40.00 | | 949.05 |
| P.T. | | | 112.00 | | 4,428.86 |

| Gross Pay | | | | 3,226.74 | 73,012.91 |
|---|---|---|---|---|---|
| Hours Worked | | 80.00 | 1688.00 | | |
| Hours Paid | | 80.00 | 1840.00 | | |

### Deductions

| | | | Current | YTD | |
|---|---|---|---|---|---|
| 401k | | | 32.27 | 729.09 | [1] |
| Base Dent - Pre Tax | | | 22.81 | 479.01 | [2] |
| PCHD Med Pre Tax | | | 567.09 | 8,209.29 | [2] |
| PCHD Script Pre Tax | | | 62.82 | 948.77 | [2] |
| Vision | | | 4.90 | 44.10 | [2] |
| Total | | | 689.89 | 10,410.26 | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,536.85 | 62,602.65 | 79.35 | 2,218.57 |
| FICA | 2,569.12 | 63,331.74 | 159.29 | 3,926.57 |
| MEDI | 2,569.12 | 63,331.74 | 37.25 | 918.31 |
| SIT:PA | 2,569.12 | 63,331.74 | 78.87 | 1,944.26 |
| SUI:PA | 3,226.74 | 73,012.91 | 2.26 | 51.03 |
| Towamen | 2,569.12 | 63,331.74 | 25.69 | 633.32 |
| Towamen | 2,569.12 | 63,331.74 | 1.93 | 45.37 |
| Total | | | 384.64 | 9,737.43 |

| Net Pay | | | 2,152.21 | 52,865.22 |
|---|---|---|---|---|
| Check | | | 0.00 | 12,113.02 |
| Checking (2172) | | | 2,152.21 | 40,752.20 |

### Company Paid Benefits

| | Current | YTD | |
|---|---|---|---|
| 401k | 22.59 | 510.35 | [1] |
| PCHD Med Pre Tax | 124.51 | 1,912.95 | [2] |
| PCHD Script Pre Tax | 94.24 | 1,423.32 | [2] |
| Total | 241.34 | 3,846.62 | |

### Tax Allowance Settings

| Federal: | Married Filing Jointly |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $2,000.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 11/06/2025 |
|---|---|
| Voucher #: | (101969) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,152.21 |

0013  1095  11/06/2025  (101969)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

### Non-Negotiable - This Is Not A Check

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  11/06/2025  (101969)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

### Personal & Confidential



| #1095 - Christopher D. Cimonetti | | | | | Voucher #(101858) | | Pay Date: 10/23/2025 |
| 0013 | | | | | Type:Regular | | Pay Period: 10/05/2025-10/18/2025 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 40.33 | 80.00 | 1608.00 | 3,226.74 | 64,313.33 |
| Ins R | | | | 94.93 | 94.93 |
| Holi | | | 40.00 | | 949.05 |
| P.T. | | | 112.00 | | 4,428.86 |

| **Gross Pay** | | | | 3,321.67 | 69,786.17 |
|---|---|---|---|---|---|
| Hours Worked | | 80.00 | 1608.00 | | |
| Hours Paid | | 80.00 | 1760.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401k | 32.27 | 696.82 [1] |
| Base Dent - Pre Tax | 22.81 | 456.20 [2] |
| PCHD Med Pre Tax | 567.09 | 7,642.20 [2] |
| PCHD Script Pre Tax | 62.82 | 885.95 [2] |
| Vision | 4.90 | 39.20 [2] |
| **Total** | **689.89** | **9,720.37** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,631.78 | 60,065.80 | 90.74 | 2,139.22 |
| FICA | 2,664.05 | 60,762.62 | 165.17 | 3,767.28 |
| MEDI | 2,664.05 | 60,762.62 | 38.63 | 881.06 |
| SIT:PA | 2,664.05 | 60,762.62 | 81.79 | 1,865.39 |
| SUI:PA | 3,321.67 | 69,786.17 | 2.33 | 48.77 |
| Towamen | 2,664.05 | 60,762.62 | 26.64 | 607.63 |
| Towamen | 2,664.05 | 60,762.62 | 1.93 | 43.44 |
| **Total** | | | **407.23** | **9,352.79** |

| **Net Pay** | | 2,224.55 | 50,713.01 |
|---|---|---|---|
| Check | | 0.00 | 12,113.02 |
| Checking (2172) | | 2,224.55 | 38,599.99 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| 401k | 22.59 | 487.76 [1] |
| PCHD Med Pre Tax | 124.51 | 1,788.44 [2] |
| PCHD Script Pre Tax | 94.24 | 1,329.08 [2] |
| **Total** | **241.34** | **3,605.28** |

**Tax Allowance Settings**

| Federal: | Married Filing Jointly |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $2,000.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 10/23/2025 |
|---|---|
| Voucher #: | (101858) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,224.55 |

0013  1095  10/23/2025   (101858)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  10/23/2025   (101858)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



| #1095 - Christopher D. Cimonetti | | | | | Voucher #(101755) | Pay Date: 10/09/2025 |
| 0013 | | | | | Type:Regular | Pay Period: 09/21/2025-10/04/2025 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 39.94 | 80.00 | 1528.00 | 3,195.10 | 61,086.59 |
| Holi | | 40.00 | | | 949.05 |
| P.T. | | | 112.00 | | 4,428.86 |

| Gross Pay | | | | 3,195.10 | 66,464.50 |
|---|---|---|---|---|---|
| Hours Worked | | 80.00 | 1528.00 | | |
| Hours Paid | | 80.00 | 1680.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401k | 31.95 | 664.55 [1] |
| Base Dent - Pre Tax | 22.81 | 433.39 [2] |
| PCHD Med Pre Tax | 567.09 | 7,075.11 [2] |
| PCHD Script Pre Tax | 62.82 | 823.13 [2] |
| Vision | 4.90 | 34.30 [2] |
| Total | 689.57 | 9,030.48 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,505.53 | 57,434.02 | 75.59 | 2,048.48 |
| FICA | 2,537.48 | 58,098.57 | 157.32 | 3,602.11 |
| MEDI | 2,537.48 | 58,098.57 | 36.79 | 842.43 |
| SIT:PA | 2,537.48 | 58,098.57 | 77.90 | 1,783.60 |
| SUI:PA | 3,195.10 | 66,464.50 | 2.24 | 46.44 |
| Towamen | 2,537.48 | 58,098.57 | 25.37 | 580.99 |
| Towamen | 2,537.48 | 58,098.57 | 1.93 | 41.51 |
| Total | | | 377.14 | 8,945.56 |

| Net Pay | | | 2,128.39 | 48,488.46 |
|---|---|---|---|---|
| Check | | | 0.00 | 12,113.02 |
| Checking (2172) | | | 2,128.39 | 36,375.44 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| 401k | 22.37 | 465.17 [1] |
| PCHD Med Pre Tax | 124.51 | 1,663.93 [2] |
| PCHD Script Pre Tax | 94.24 | 1,234.84 [2] |
| Total | 241.12 | 3,363.94 |

**Tax Allowance Settings**

Federal:    Married Filing Jointly
            Form W4 2020 And Later: Yes
            Two Jobs: No
            Claim Dependent: $2,000.00
            Deduction: $0.00
            Other Income: $0.00
Pennsylvania:    Allowances: 0

[1]  Reduces your Federal & State Withholding Taxable Wage
[2]  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3]  For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 10/09/2025 |
|---|---|
| Voucher #: | (101755) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,128.39 |

0013  1095  10/09/2025  (101755)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

## Non-Negotiable - This Is Not A Check

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  10/09/2025  (101755)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



| #1095 - Christopher D. Cimonetti | | | | | | Voucher #(101642) | | Pay Date: 09/25/2025 |
|---|---|---|---|---|---|---|---|---|
| 0013 | | | | | | Type:Regular | | Pay Period: 09/07/2025-09/20/2025 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 39.54 | 80.00 | 1448.00 | 3,163.47 | 57,891.49 |
| Holi | | 40.00 | | | 949.05 |
| P.T. | | 112.00 | | | 4,428.86 |

| **Gross Pay** | | | | 3,163.47 | 63,269.40 |
|---|---|---|---|---|---|

| Hours Worked | 80.00 | 1448.00 |
|---|---|---|
| Hours Paid | 80.00 | 1600.00 |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401k | 31.63 | 632.60 [1] |
| Base Dent - Pre Tax | 22.81 | 410.58 [2] |
| PCHD Med Pre Tax | 567.09 | 6,508.02 [2] |
| PCHD Script Pre Tax | 62.82 | 760.31 [2] |
| Vision | 4.90 | 29.40 [2] |
| **Total** | 689.25 | 8,340.91 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,474.22 | 54,928.49 | 71.83 | 1,972.89 |
| FICA | 2,505.85 | 55,561.09 | 155.37 | 3,444.79 |
| MEDI | 2,505.85 | 55,561.09 | 36.34 | 805.64 |
| SIT:PA | 2,505.85 | 55,561.09 | 76.93 | 1,705.70 |
| SUI:PA | 3,163.47 | 63,269.40 | 2.21 | 44.20 |
| Towamen | 2,505.85 | 55,561.09 | 25.06 | 555.62 |
| Towamen | 2,505.85 | 55,561.09 | 1.93 | 39.58 |
| **Total** | | | 369.67 | 8,568.42 |

| **Net Pay** | | 2,104.55 | 46,360.07 |
|---|---|---|---|
| Check | | 0.00 | 12,113.02 |
| Checking (2172) | | 2,104.55 | 34,247.05 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| 401k | 22.14 | 442.80 [1] |
| PCHD Med Pre Tax | 124.51 | 1,539.42 [2] |
| PCHD Script Pre Tax | 94.24 | 1,140.60 [2] |
| **Total** | 240.89 | 3,122.82 |

**Tax Allowance Settings**

| Federal: | Married Filing Jointly |
|---|---|
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $2,000.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 09/25/2025 |
|---|---|
| Voucher #: | (101642) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,104.55 |

0013  1095  09/25/2025  (101642)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  09/25/2025  (101642)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



**#1095 - Christopher D. Cimonetti**  **Voucher #(101531)**  Pay Date: 09/11/2025
0013  Type:Regular  Pay Period: 08/24/2025-09/06/2025

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 39.54 | 72.00 | 1368.00 | 2,847.12 | 54,728.02 |
| Holi | 39.54 | 8.00 | 40.00 | 316.35 | 949.05 |
| P.T. | | | 112.00 | | 4,428.86 |
| **Gross Pay** | | | | **3,163.47** | **60,105.93** |
| Hours Worked | | 72.00 | 1368.00 | | |
| Hours Paid | | 80.00 | 1520.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401k | 31.63 | 600.97 | [1] |
| Base Dent - Pre Tax | 22.81 | 387.77 | [2] |
| PCHD Med Pre Tax | 567.09 | 5,940.93 | [2] |
| PCHD Script Pre Tax | 62.82 | 697.49 | [2] |
| Vision | 4.90 | 24.50 | [2] |
| **Total** | **689.25** | **7,651.66** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,474.22 | 52,454.27 | 71.83 | 1,901.06 |
| FICA | 2,505.85 | 53,055.24 | 155.36 | 3,289.42 |
| MEDI | 2,505.85 | 53,055.24 | 36.33 | 769.30 |
| SIT:PA | 2,505.85 | 53,055.24 | 76.93 | 1,628.77 |
| SUI:PA | 3,163.47 | 60,105.93 | 2.21 | 41.99 |
| Towamen | 2,505.85 | 53,055.24 | 25.06 | 530.56 |
| Towamen | 2,505.85 | 53,055.24 | 1.93 | 37.65 |
| **Total** | | | **369.65** | **8,198.75** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **2,104.57** | **44,255.52** |
| | Check | 0.00 | 12,113.02 |
| | Checking (2172) | 2,104.57 | 32,142.50 |

### Company Paid Benefits

| | Current | YTD | |
|---|---|---|---|
| 401k | 22.14 | 420.66 | [1] |
| PCHD Med Pre Tax | 124.51 | 1,414.91 | [2] |
| PCHD Script Pre Tax | 94.24 | 1,046.36 | [2] |
| **Total** | **240.89** | **2,881.93** | |

### Tax Allowance Settings

Federal:   Married Filing Jointly
           Form W4 2020 And Later: Yes
           Two Jobs: No
           Claim Dependent: $2,000.00
           Deduction: $0.00
           Other Income: $0.00
Pennsylvania:   Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

---

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 09/11/2025 |
|---|---|
| Voucher #: | (101531) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,104.57 |

0013  1095  09/11/2025  (101531)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

Martech Medical Products Inc.
1500 Delp Drive
Harleysville, PA 19438

0013  1095  09/11/2025  (101531)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



**#1095 - Christopher D. Cimonetti**
**0013**

**Voucher #(101642)**
Type:Regular

**Pay Date: 09/25/2025**
Pay Period: 09/07/2025-09/20/2025

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 39.54 | 80.00 | 1448.00 | 3,163.47 | 57,891.49 |
| Holi | | 40.00 | | | 949.05 |
| P.T. | | 112.00 | | | 4,428.86 |
| **Gross Pay** | | | | **3,163.47** | **63,269.40** |
| Hours Worked | | 80.00 | 1448.00 | | |
| Hours Paid | | 80.00 | 1600.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401k | 31.63 | 632.60 | [1] |
| Base Dent - Pre Tax | 22.81 | 410.58 | [2] |
| PCHD Med Pre Tax | 567.09 | 6,508.02 | [2] |
| PCHD Script Pre Tax | 62.82 | 760.31 | [2] |
| Vision | 4.90 | 29.40 | [2] |
| **Total** | **689.25** | **8,340.91** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,474.22 | 54,928.49 | 71.83 | 1,972.89 |
| FICA | 2,505.85 | 55,561.09 | 155.37 | 3,444.79 |
| MEDI | 2,505.85 | 55,561.09 | 36.34 | 805.64 |
| SIT:PA | 2,505.85 | 55,561.09 | 76.93 | 1,705.70 |
| SUI:PA | 3,163.47 | 63,269.40 | 2.21 | 44.20 |
| Towamen | 2,505.85 | 55,561.09 | 25.06 | 555.62 |
| Towamen | 2,505.85 | 55,561.09 | 1.93 | 39.58 |
| **Total** | | | **369.67** | **8,568.42** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **2,104.55** | **46,360.07** |
| | Check | 0.00 | 12,113.02 |
| | Checking (2172) | 2,104.55 | 34,247.05 |

### Company Paid Benefits

3

| | Current | YTD | |
|---|---|---|---|
| 401k | 22.14 | 442.80 | [1] |
| PCHD Med Pre Tax | 124.51 | 1,539.42 | [2] |
| PCHD Script Pre Tax | 94.24 | 1,140.60 | [2] |
| **Total** | **240.89** | **3,122.82** | |

### Tax Allowance Settings

| | |
|---|---|
| Federal: | Married Filing Jointly |
| | Form W4 2020 And Later: Yes |
| | Two Jobs: No |
| | Claim Dependent: $2,000.00 |
| | Deduction: $0.00 |
| | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 09/25/2025 |
|---|---|
| Voucher #: | (101642) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,104.55 |

0013  1095  09/25/2025  (101642)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  09/25/2025  (101642)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



| #1095 - Christopher D. Cimonetti | Voucher #(101419) | Pay Date: 08/28/2025 |
| 0013 | Type:Regular | Pay Period: 08/10/2025-08/23/2025 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 39.54 | 80.00 | 1296.00 | 3,163.47 | 51,880.90 |
| Holi | | | 32.00 | | 632.70 |
| P.T. | | | 112.00 | | 4,428.86 |

| **Gross Pay** | | | 3,163.47 | 56,942.46 |
|---|---|---|---|---|

| Hours Worked | 80.00 | 1296.00 |
|---|---|---|
| Hours Paid | 80.00 | 1440.00 |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401k | 31.63 | 569.34 [1] |
| Base Dent - Pre Tax | 22.81 | 364.96 [2] |
| PCHD Med Pre Tax | 567.09 | 5,373.84 [2] |
| PCHD Script Pre Tax | 62.82 | 634.67 [2] |
| Vision | 4.90 | 19.60 [2] |
| **Total** | **689.25** | **6,962.41** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,474.22 | 49,980.05 | 71.83 | 1,829.23 |
| FICA | 2,505.85 | 50,549.39 | 155.36 | 3,134.06 |
| MEDI | 2,505.85 | 50,549.39 | 36.34 | 732.97 |
| SIT:PA | 2,505.85 | 50,549.39 | 76.93 | 1,551.84 |
| SUI:PA | 3,163.47 | 56,942.46 | 2.21 | 39.78 |
| Towamen | 2,505.85 | 50,549.39 | 25.06 | 505.50 |
| Towamen | 2,505.85 | 50,549.39 | 1.93 | 35.72 |
| **Total** | | | **369.66** | **7,829.10** |

| **Net Pay** | | | 2,104.56 | 42,150.95 |
|---|---|---|---|---|
| Check | | | 0.00 | 12,113.02 |
| Checking (2172) | | | 2,104.56 | 30,037.93 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| 401k | 22.14 | 398.52 [1] |
| PCHD Med Pre Tax | 124.51 | 1,290.40 [2] |
| PCHD Script Pre Tax | 94.24 | 952.12 [2] |
| **Total** | **240.89** | **2,641.04** |

**Tax Allowance Settings**

Federal:       Married Filing Jointly
              Form W4 2020 And Later: Yes
              Two Jobs: No
              Claim Dependent: $2,000.00
              Deduction: $0.00
              Other Income: $0.00
Pennsylvania:  Allowances: 0

[1]  Reduces your Federal & State Withholding Taxable Wage
[2]  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3]  For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438        1 of 1
Business Phone #: 215-256-8833

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 08/28/2025 |
|---|---|
| Voucher #: | (101419) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,104.56 |

0013  1095  08/28/2025  (101419)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  08/28/2025  (101419)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



| #1095 - Christopher D. Cimonetti | | | | | Voucher #(101419) | Pay Date: 08/28/2025 |
| 0013 | | | | | Type:Regular | Pay Period: 08/10/2025-08/23/2025 |

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 39.54 | 80.00 | 1296.00 | 3,163.47 | 51,880.90 |
| Holi | | | 32.00 | | 632.70 |
| P.T. | | | 112.00 | | 4,428.86 |
| **Gross Pay** | | | | **3,163.47** | **56,942.46** |
| Hours Worked | | 80.00 | 1296.00 | | |
| Hours Paid | | 80.00 | 1440.00 | | |

**Deductions**

| | | | Current | YTD |
|---|---|---|---|---|
| 401k | | | 31.63 | 569.34 [1] |
| Base Dent - Pre Tax | | | 22.81 | 364.96 [2] |
| PCHD Med Pre Tax | | | 567.09 | 5,373.84 [2] |
| PCHD Script Pre Tax | | | 62.82 | 634.67 [2] |
| Vision | | | 4.90 | 19.60 [2] |
| **Total** | | | **689.25** | **6,962.41** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,474.22 | 49,980.05 | 71.83 | 1,829.23 |
| FICA | 2,505.85 | 50,549.39 | 155.36 | 3,134.06 |
| MEDI | 2,505.85 | 50,549.39 | 36.34 | 732.97 |
| SIT:PA | 2,505.85 | 50,549.39 | 76.93 | 1,551.84 |
| SUI:PA | 3,163.47 | 56,942.46 | 2.21 | 39.78 |
| Towamen | 2,505.85 | 50,549.39 | 25.06 | 505.50 |
| Towamen | 2,505.85 | 50,549.39 | 1.93 | 35.72 |
| **Total** | | | **369.66** | **7,829.10** |

**Net Pay**

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **2,104.56** | **42,150.95** |
| | Check | 0.00 | 12,113.02 |
| | Checking (2172) | 2,104.56 | 30,037.93 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| 401k | 22.14 | 398.52 [1] |
| PCHD Med Pre Tax | 124.51 | 1,290.40 [2] |
| PCHD Script Pre Tax | 94.24 | 952.12 [2] |
| **Total** | **240.89** | **2,641.04** |

**Tax Allowance Settings**

Federal:  Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $2,000.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania:  Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 08/28/2025 |
|---|---|
| Voucher #: | (101419) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,104.56 |

0013  1095  08/28/2025  (101419)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

## Non-Negotiable - This Is Not A Check

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  08/28/2025  (101419)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**



**#1095 - Christopher D. Cimonetti**
0013

**Voucher #(101316)**
Type:Regular

Pay Date: 08/14/2025
Pay Period: 07/27/2025-08/09/2025

### Earnings

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Sala | 39.54 | 64.00 | 1216.00 | 2,530.78 | 48,717.43 |
| Holi |  | 32.00 |  |  | 632.70 |
| P.T. | 39.54 | 16.00 | 112.00 | 632.69 | 4,428.86 |
| **Gross Pay** |  |  |  | **3,163.47** | **53,778.99** |

| Hours Worked | 64.00 | 1216.00 |
|---|---|---|
| Hours Paid | 80.00 | 1360.00 |

### Deductions

|  | Current | YTD |
|---|---|---|
| 401k | 31.63 | 537.71 [1] |
| Base Dent - Pre Tax | 22.81 | 342.15 [2] |
| PCHD Med Pre Tax | 567.09 | 4,806.75 [2] |
| PCHD Script Pre Tax | 62.82 | 571.85 [2] |
| Vision | 4.90 | 14.70 [2] |
| **Total** | **689.25** | **6,273.16** |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,474.22 | 47,505.83 | 71.83 | 1,757.40 |
| FICA | 2,505.85 | 48,043.54 | 155.36 | 2,978.70 |
| MEDI | 2,505.85 | 48,043.54 | 36.33 | 696.63 |
| SIT:PA | 2,505.85 | 48,043.54 | 76.93 | 1,474.91 |
| SUI:PA | 3,163.47 | 53,778.99 | 2.21 | 37.57 |
| Towamen | 2,505.85 | 48,043.54 | 25.06 | 480.44 |
| Towamen | 2,505.85 | 48,043.54 | 1.93 | 33.79 |
| **Total** |  |  | **369.65** | **7,459.44** |

### Net Pay

|  | Current | YTD |
|---|---|---|
| **Net Pay** | **2,104.57** | **40,046.39** |
| Check | 0.00 | 12,113.02 |
| Checking (2172) | 2,104.57 | 27,933.37 |

### Company Paid Benefits

|  | Current | YTD |
|---|---|---|
| 401k | 22.14 | 376.38 [1] |
| PCHD Med Pre Tax | 124.51 | 1,165.89 [2] |
| PCHD Script Pre Tax | 94.24 | 857.88 [2] |
| **Total** | **240.89** | **2,400.15** |

### Tax Allowance Settings

| Federal: | Married Filing Jointly |
|---|---|
|  | Form W4 2020 And Later: Yes |
|  | Two Jobs: No |
|  | Claim Dependent: $2,000.00 |
|  | Deduction: $0.00 |
|  | Other Income: $0.00 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Martech Medical Products Inc. 1500 Delp Drive, Harleysville, PA 19438
Business Phone #: 215-256-8833

1 of 1

**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

| Pay Date: | 08/14/2025 |
|---|---|
| Voucher #: | (101316) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christopher D. Cimonetti | 1 | Checking | XXXXXX2172 | 036076150 | 2,104.57 |

0013  1095  08/14/2025  (101316)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Non-Negotiable - This Is Not A Check**

1
**Martech Medical Products Inc.**
1500 Delp Drive
Harleysville, PA 19438

0013  1095  08/14/2025  (101316)

**Christopher D. Cimonetti**
162 W Broad St
Telford, PA 18969

**Personal & Confidential**