Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Telefund Inc**

294 Washington St. Suite 501
Boston, MA 02108

| | Voucher Date | Voucher Number |
|---|---|---|
| | 2/12/2026 12:00:00 | 9430 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

| Direct Deposit Amount | \*\*\*\*\*\*\*\* 193.69 |
|---|---|

GA4854  EH37450 02/12/26 9430
**Natalie E. Cimonetti**
162 W Broad St
Telford, PA 18969

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y 02/03/2026 © 2026 ReadyPayY

| Natalie E. Cimonetti | February 12, 2026 | | | 9430 |
|---|---|---|---|---|

| Emp Id | **EH37450** | Loc | **000903-999999** | Period Begin | **01/24/26** | Net Pay | **193.69** |
|---|---|---|---|---|---|---|---|
| SSN | **XXX-XX-8315** | Hire Date | **11/11/24** | Period End | **02/06/26** | Dir Dep | **193.69** |
| Clock | **XXXX** | Status | **T** | Check Type | **Reg** | | |

## Earnings Summary

### Payment Summary for Voucher 9430

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 14.96 | 15.000000 | 224.40 | 108.38 | 1,625.70 |
| Performance Bonus | 0.00 | | 0.00 | 0.00 | 35.00 |
| Shift Bonus | 0.00 | | 0.00 | 0.00 | 12.06 |
| | 14.96 | | 224.40 | 108.38 | 1,672.76 |

| Taxes | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 224.40 | 0.00 | 1,672.76 | 0.00 |
| OASDI | | 224.40 | 13.91 | 1,672.76 | 103.71 |
| Medicare | | 224.40 | 3.26 | 1,672.76 | 24.26 |
| Medicare - Additional | | 224.40 | 0.00 | 1,672.76 | 0.00 |
| Pennsylvania SITW | M-0 | 224.40 | 6.89 | 1,672.76 | 51.36 |
| PA SUI - EE | | 224.40 | 0.16 | 1,672.76 | 1.17 |
| Montgomery - Souderte | | 224.40 | 4.49 | 1,672.76 | 33.46 |
| Telford Boro(Montgom | | 224.40 | 2.00 | 1,672.76 | 8.00 |
| | | | 30.71 | | 221.96 |

| Payment Summary for Voucher 9430 | |
|---|---|
| Total Gross Pay | 224.40 |
| Federal Taxes | -17.17 |
| State and Local Taxes | -13.54 |
| Other Deductions | 0.00 |
| Net Pay | 193.69 |
| Direct Deposits | -193.69 |
| Net Check | 0.00 |

### Additional Information

**Company Address**
Telefund Inc
294 Washington St. Suite 501
Boston, MA 02108

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with \*\*\*2172 | 193.69 |
| | | 193.69 |

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Telefund Inc**
294 Washington St. Suite 501
Boston, MA 02108

| | Voucher Date | Voucher Number |
|---|---|---|
| | 1/29/2026 12:00:00 | 9377 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

Direct Deposit Amount                 \*\*\*\*\*\*\*\* 404.44

GA4854   EH37450  01/29/26  9377
**Natalie E. Cimonetti**
162 W Broad St
Telford, PA 18969

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_01D_8201_Y 02/03/2026 © 2026 ReadyPayY

| Natalie E. Cimonetti | | January 29, 2026 | | | | 9377 |
|---|---|---|---|---|---|---|
| Emp Id | **EH37450** | Loc | **000903-999999** | Period Begin | **01/10/26** | Net Pay | **404.44** |
| SSN | **XXX-XX-8315** | Hire Date | **11/11/24** | Period End | **01/23/26** | Dir Dep | **404.44** |
| Clock | **XXXX** | Status | **T** | Check Type | **Reg** | | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 31.07 | 15.000000 | 466.05 | 93.42 | 1,401.30 |
| Performance Bonus | 0.00 | | 0.00 | 0.00 | 35.00 |
| Shift Bonus | 0.00 | | 0.00 | 0.00 | 12.06 |
| | 31.07 | | 466.05 | 93.42 | 1,448.36 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 466.05 | 0.00 | 1,448.36 | 0.00 |
| OASDI | | 466.05 | 28.90 | 1,448.36 | 89.80 |
| Medicare | | 466.05 | 6.76 | 1,448.36 | 21.00 |
| Medicare - Additional | | 466.05 | 0.00 | 1,448.36 | 0.00 |
| Pennsylvania SITW | M-0 | 466.05 | 14.31 | 1,448.36 | 44.47 |
| PA SUI - EE | | 466.05 | 0.32 | 1,448.36 | 1.01 |
| Montgomery - Souderto | | 466.05 | 9.32 | 1,448.36 | 28.97 |
| Telford Boro(Montgom | | 466.05 | 2.00 | 1,448.36 | 6.00 |
| | | | 61.61 | | 191.25 |

### Payment Summary for Voucher 9377

| | |
|---|---|
| Total Gross Pay | **466.05** |
| Federal Taxes | **-35.66** |
| State and Local Taxes | **-25.95** |
| Other Deductions | **0.00** |
| Net Pay | **404.44** |
| Direct Deposits | **-404.44** |
| Net Check | **0.00** |

### Additional Information

**Company Address**
Telefund Inc
294 Washington St. Suite 501
Boston, MA 02108

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with \*\*\*2172 | 404.44 |
| | | 404.44 |

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Telefund Inc**
294 Washington St. Suite 501
Boston, MA 02108

| | Voucher Date | Voucher Number |
|---|---|---|
| | 1/15/2026  12:00:00 | 9320 |

**Direct Deposit Advice**

### *** This is not a check***

**Direct Deposit Amount** ******** 395.02

GA4854   EH37450  01/15/26  9320
**Natalie E. Cimonetti**
162 W Broad St
Telford, PA 18969

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y 02/03/2026 © 2025 ReadyPayY

| Natalie E. Cimonetti | January 15, 2026 | 9320 |
|---|---|---|

| Emp Id | EH37450 | Loc | 000903-999999 | Period Begin | 12/27/25 | Net Pay | 395.02 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-8315 | Hire Date | 11/11/24 | Period End | 01/09/26 | Dir Dep | 395.02 |
| Clock | XXXX | Status | T | Check Type | Reg | | |

## Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 30.35 | 15.000000 | 455.25 | 62.35 | 935.25 |
| Performance Bonus | 0.00 | | 0.00 | 0.00 | 35.00 |
| Shift Bonus | 0.00 | | 0.00 | 0.00 | 12.06 |
| | 30.35 | | 455.25 | 62.35 | 982.31 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 455.25 | 0.00 | 982.31 | 0.00 |
| OASDI | | 455.25 | 28.22 | 982.31 | 60.90 |
| Medicare | | 455.25 | 6.60 | 982.31 | 14.24 |
| Medicare - Additional | | 455.25 | 0.00 | 982.31 | 0.00 |
| Pennsylvania SITW | M-0 | 455.25 | 13.98 | 982.31 | 30.16 |
| PA SUI - EE | | 455.25 | 0.32 | 982.31 | 0.69 |
| Montgomery - Souderto | | 455.25 | 9.11 | 982.31 | 19.65 |
| Telford Boro(Montgom | | 455.25 | 2.00 | 982.31 | 4.00 |
| | | | 60.23 | | 129.64 |

## Payment Summary for Voucher 9320

| | |
|---|---|
| Total Gross Pay | 455.25 |
| Federal Taxes | -34.82 |
| State and Local Taxes | -25.41 |
| Other Deductions | 0.00 |
| Net Pay | 395.02 |
| Direct Deposits | -395.02 |
| Net Check | 0.00 |

## Additional Information

**Company Address**
Telefund Inc
294 Washington St. Suite 501
Boston, MA 02108

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK | Ends with ***2172 | 395.02 |
| | | 395.02 |