United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-11331-amc

Christopher D. Cimonetti                                                      Chapter 13

Natalie E. Cimonetti

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol           Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID           Recipient Name and Address**
db/jdb              + Christopher D. Cimonetti, Natalie E. Cimonetti, 162 W. Broad Street, Telford, PA 18969-1917

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

**Name                    Email Address**

GARRETT M. WILSON
                        on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                        on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC bkgroup@kmllawgroup.com,
                        matthew.fissel@brockandscott.com

PAUL H. YOUNG
                        on behalf of Joint Debtor Natalie E. Cimonetti support@ymalaw.com
                        ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                        ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
                        on behalf of Debtor Christopher D. Cimonetti support@ymalaw.com

District/off: 0313-2                              User: admin                                          Page 2 of 2

Date Rcvd: Jul 23, 2026                          Form ID: pdf900                                      Total Noticed: 1

ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

STEVEN K. EISENBERG

on behalf of Creditor Carrington Mortgage Services  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER D. CIMONETTI<br>NATALIE E. CIMONETTI<br><br><br>Debtors | Chapter 13<br>Case No. 26-11331-AMC |
| BRIDGECREST CREDIT COMPANY, LLC<br>AS SERVICER FOR CARVANA, LLC<br><br>Movant<br><br>v.<br><br>CHRISTOPHER D. CIMONETTI<br>NATALIE E. CIMONETTI<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Hearing Date: July 21, 2026 @ 11:00 AM<br><br>Response Deadline: July 14, 2026 |

### ORDER TERMINATING AUTOMATIC STAY

AND NOW, this 23rd day of July, 2026, upon consideration of the Motion for

Relief from Automatic Stay ("Motion"), filed by Bridgecrest Credit Company, LLC as Servicer

for Carvana, LLC ("Movant"), and any response thereto, and good cause having been shown, it is

hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated, permitting

Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC and its successors and assigns,

to exercise its rights under applicable law against the collateral; and Bridgecrest Credit Company,

LLC as Servicer for Carvana, LLC is allowed to enforce the contract rights as it pertains to the 2019 Nissan Sentra VIN No. 3N1AB7AP1KY370677 to obtain possession of and/or dispose of the Property; and it is further

**ORDERED,** that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or dispose of the collateral and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED,** that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge