# CERTIFICATION OF NO PAYMENT ADVICES FORM

**IN RE:**

| | | |
|---|---|---|
| | : | **CHAPTER** 13 |
| | : | |
| Natalie Cimonetti | : | **CASE NO.** __-____-**bk-** 26-11331 |
| | : | |
| | : | |
| **Debtor(s)** | : | |

## CERTIFICATION OF NO PAYMENT ADVICES

I, Natalie Cimonetti, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), **from any source of employment.** I further certify that I received no payment advices during that period because:

- [ ] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- [ ] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- [ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.
- [ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- [X] I did not receive payment advices due to factors other than those listed above. (Please explain) **Left employment in February 2026,**

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 8-12-26

[signature]

Debtor