United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher D. Cimonetti
Natalie E. Cimonetti
Debtors

Case No. 26-11331-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 5
Date Rcvd: Oct 28, 2026 Form ID: 155 Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher D. Cimonetti, Natalie E. Cimonetti, 162 W. Broad Street, Telford, PA 18969-1917 |
| 15124773 | + | Carrington Mortgage Services, LLC, C/O Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 15158768 | + | Orlans Law Group PLLC, Attorney for Bridgecrest Credit Company,, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 15122580 | + | Seen Finance/ccb, 1411 Broadway, New York, NY 10018-3496 |
| 15122598 | | TD Bank/Raymour & Flanigan, Td Rcs, Columbia, SC 29202 |
| 15122600 | | Verizon, Verizon, Dallas, TX 75265 |
| 15122601 | + | Webbank/onemain/fis, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15122541 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2026 16:41:00 | Aes/chase, Pob 61047, Harrisburg, PA 17106-1047 |
| 15122542 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2026 16:41:00 | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15122543 | + | Email/Text: bk@avant.com | Oct 28 2026 16:42:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15122544 | + | Email/Text: bk@avant.com | Oct 28 2026 16:42:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 15122545 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2026 16:42:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 15122546 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2026 16:42:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 15123612 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:16 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15124272 | ^ | MEBN | Oct 28 2026 16:01:31 | CARRINGTON MORTGAGE SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15122547 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15122548 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15122550 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15122549 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 16:24:31 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | | | |
|---|---|---|---|---|
| 15136171 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 28 2026 16:41:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 15127502 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:16 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15122551 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 16:24:28 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15122552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 16:24:35 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15122554 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2026 16:41:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15122553 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2026 16:41:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15122556 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2026 16:41:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 15122555 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2026 16:41:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15122557 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2026 16:41:00 | Comenitycapital/hpcrdt, Po Box 182120, Columbus, OH 43218-2120 |
| 15122558 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2026 16:24:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15122559 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2026 16:24:25 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15122560 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 16:24:24 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15122561 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 16:24:24 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15122562 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 16:41:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15122563 | | Email/Text: BNSFN@capitalsvcs.com | Oct 28 2026 16:41:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15122564 | | Email/Text: BNSFN@capitalsvcs.com | Oct 28 2026 16:41:00 | First Nataional Bank/Legacy, Po Box 5097, Sioux Falls, SD 57117 |
| 15122566 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2026 16:41:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15122567 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2026 16:41:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15122569 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 28 2026 16:24:16 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15122568 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 28 2026 16:24:15 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 15122570 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2026 16:41:00 | IRS Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15145098 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 16:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15122571 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 16:41:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15122572 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 16:41:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15122574 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 16:24:17 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15122573 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 16:24:32 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15126340 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 16:24:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15141721 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 16:24:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15141083 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2026 16:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15122576 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2026 16:41:00 | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15122575 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2026 16:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15139095 | + | Email/PDF: cbp@omf.com | Oct 28 2026 16:24:30 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15151080 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 16:24:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15122578 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 16:24:31 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15122577 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 16:24:16 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 15128500 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2026 16:41:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15149362 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2026 16:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15122579 | | Email/Text: bankruptcy@snapfinance.com | Oct 28 2026 16:41:00 | Seen Finance/ccb, Attn: Bankruptcy, 1193 W 2400 S, West Valley City, UT 84119 |
| 15122581 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Syncb/google, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 15122582 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Syncb/google, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15122583 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15122584 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:31 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 15122585 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:17 | Synchrony Bank/Climate Select, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15122586 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:23 | Synchrony Bank/Climate Select, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15122588 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:31 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15122587 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:15 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15122589 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15122590 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |

| | | | | |
|---|---|---|---|---|
| 15122591 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:23 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15122592 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:23 | Synchrony Bank/QVC, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15122594 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Synchrony/Car Care, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15122593 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:15 | Synchrony/Car Care, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 15128424 | | Email/Text: bncmail@w-legal.com | Oct 28 2026 16:41:00 | TD BAnk USA, N.A., C/O Weinstein & Riley, P.S., P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 15128054 | ^ | MEBN | Oct 28 2026 16:01:32 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 15122597 | + | Email/Text: bankruptcy@td.com | Oct 28 2026 16:41:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15122596 | + | Email/Text: bncmail@w-legal.com | Oct 28 2026 16:41:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 15122595 | + | Email/Text: bncmail@w-legal.com | Oct 28 2026 16:41:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15135071 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 16:41:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15122599 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 28 2026 16:41:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15122602 | + | Email/Text: support@ymalaw.com | Oct 28 2026 16:41:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 15158523 | | Bridgecrest Credit Company, LLC as Servicer for Ca, 200 Eagle Road, Bldg 2, Suite 120 Wayne, |
| 15122565 | | First Premier Bank |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARRETT M. WILSON | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Carrington Mortgage Services LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Natalie E. Cimonetti support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Christopher D. Cimonetti support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Carrington Mortgage Services LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Christopher D. Cimonetti | ) | Case No. 26−11331−amc |
| | ) | |
| | ) | |
| Natalie E. Cimonetti | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 13, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court